UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS ENRIQUE CEDENO,

      Plaintiff,

v.                                                    Case No.:  2:26-cv-616-SPC-NPM

LEE COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

      Defendants.

_____

## <u>ORDER</u>

This matter comes before the Court on a *sua sponte* review of the file. Local Rule 3.03 requires that each party file a disclosure statement using the standard form on the Court's website.  *See* M.D. Fla. R. 3.03.  The Civil Action Order requires the same.  (Doc. 13 at 1).  After Plaintiff filed his disclosure statement with the incorrect form, the Court directed him to refile using the correct form by June 3, 2026. (Doc. 18).  He again failed to comply, so the Court ordered him to promptly refile his disclosure statement or, by June 15, 2026, show cause why he should not be sanctioned for noncompliance. (Doc. 19).  And the Court cautioned him that "[f]ailure to do so may result in dismissal without further notice."  (*Id.*).  Even so, Plaintiff has, for a third time now, failed to comply.  True to its word, the Court now dismisses Plaintiff's case without prejudice.  *See* Fed. R. Civ. P. 41(b); *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331

F. App'x 654, 656 (11th Cir. 2009) ("Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court . . . especially where the litigant has been forewarned[.]"); *Engels v. Gantlett*, No. 2:25-CV-726-NPM, 2026 WL 1434883, at *1 (M.D. Fla. May 21, 2026) (dismissing case without prejudice for "failure to comply with Local Rule 3.03 as well as multiple orders directing her to fulfill the rule's directive").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2